IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRIPLAY, INC. and TRIPLAY, LTD., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 13-1703 (LPS) |
| WHATSAPP, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant to answer, move or otherwise respond to the Complaint for Patent Infringement shall be extended to April 7, 2014.

GREENBERG TRAURIG, LLP

*/s/ Gregory E. Stuhlman*
_____
Gregory E. Stuhlman (#4765)
Eve H. Ormerod (#5369)
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
stuhlmang@gtlaw.com
ormerode@gtlaw.com

*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendant*

IT IS SO ORDERED, this _____ day of _____ 2014.

_____
The Honorable Leonard P. Stark